# UNITED STATES DISTRICT COURT
for the
District of New Mexico

19 SEP 19 AM 10: 56

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Rufino Jodi Martinez, a.k.a. "Mono" (YOB 1979)<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19mj2821 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Rufino Jodi Martinez,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

Date: 08-23-2019

_Issuing officer's signature_ B. Paul Briones

City and state:   Albuquerque, New Mexico      B. Paul Briones, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 8-23-19, and the person was arrested on _(date)_ 9-19-19
at _(city and state)_ Santa Fe, NM.

Date: 9-19-19

_Arresting officer's signature_

DUSM Joshua Marreel
_Printed name and title_