IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   19-CR-3725 JB |
| ) | |
| vs. ) | |
| ) | |
| **JODY RUFINO MARTINEZ,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America notifies the Court that RANDY M. CASTELLANO, Assistant United States Attorney, hereby enters his appearance as co-counsel on behalf of the United States.

The United States requests that all notices, pleadings and correspondence regarding this case be delivered to the attention of RANDY M. CASTELLANO as co-counsel.

           Respectfully submitted,

           FRED FEDERICI
           Attorney for the United States,
           Acting Under Authority Conferred
           by 28 U.S.C. §515

           ***Electronically Filed 12/16/2019***
           RANDY M. CASTELLANO
           Assistant United States Attorney
           200 N. Church Street
           Las Cruces, NM 88001
           (575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

/s/
RANDY M. CASTELLANO
Assistant United States Attorney