# Carolyn Wright

| | |
|---|---|
| **From:** | Castellano, Randy (USANM) <Randy.Castellano@usdoj.gov> |
| **Sent:** | Monday, January 6, 2020 2:16 PM |
| **To:** | Carolyn Wright |
| **Cc:** | Armijo, Maria (USANM); nick@harrisonhartlaw.com; carter@harrisonhartlaw.com; Castillo, Roxane (USANM) |
| **Subject:** | This week's trial deadlines — *Re: 19 cr 3725 - USA v. MARTINEZ (cjb)* |

Good afternoon, Jeannie:

I am writing to let you know that, pursuant to an agreement reached by the parties last week after court, neither side will be filing or exchanging pleadings this week. Consequently, you should not expect to see a witness list filed by the prosecution or defense today. The parties will communicate with each other on Thursday to see how we should proceed from that date forward. We will be sure to keep the Court updated on any further changes to the filing schedule.

Thank you,

Randy

*File on CM/ECF*
*1/8/20*

1