IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>**JODY RUFINO MARTINEZ, a.k.a.**   )<br>**"Mono,"**   )<br>  )<br>  Defendant.   ) | CRIMINAL NO. <u>19-3725 JB</u> |

## **UNITED STATES' EXHIBIT LIST**

The United States of America hereby submits the attached list of exhibits for the convenience of the Court and counsel, and without waiving the right to introduce different or additional exhibits, to be used during the motion hearing set for December 21, 2020.

1. Exh 1 – 2021 Northern Judge Jury Trial Rotation Schedule
2. Exh 2 – 2021 Southern Judge Jury Trial Rotation Schedule
3. Exh 3 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 24, Doc. 1877
4. Exh 4 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 26, Doc. 1877
5. Exh 5 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 30, Doc. 1877
6. Exh 6 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 37, Doc. 1877
7. Exh 7 – U.S. v. Angel DeLeon, 15-Cr-4268 JB, Jury Instruction 25, Doc. 2302
8. Exh 8 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 26, Doc. 2302
9. Exh 9 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 29, Doc. 2302
10. Exh 10 – *U.S. v. Angel DeLeon, 15-Cr-4268 JB*, Jury Instruction 40, Doc. 2302
11. Exh 11 – 10th Cir. Criminal Pattern Jury Instructions, 2.76 RICO
12. Exh 12 – 18 U.S.C. § 1962(d) RICO

Respectfully Submitted,

FRED FEDERICI
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. §515

***Electronically filed on 12/18/2020***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
RYAN ELLISON
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/ _____
RANDY M. CASTELLANO
Assistant United States Attorney