IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )      CRIMINAL NO. 19-3725 JB
                                    )
        vs.                         )
                                    )
**JODY RUFINO MARTINEZ, a.k.a.**    )
**"Mono,"**                         )
                                    )
                Defendant.          )

## UNITED STATES' AMENDED EXHIBIT LIST

The United States hereby submits the attached list of exhibits for the convenience of the

Court and counsel, and without waiving the right to introduce different or additional exhibits, to

be used during trial.

Respectfully Submitted,

FRED J. FEDERICI
Acting United States Attorney

***Electronically filed on 2/24/2021***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
RYAN ELLISON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney

# *UNITED STATES v. JODY RUFINO MARTINEZ, 19-CR-3725 KG*

## G̲OVERNMENT'S̲ A̲MENDED E̲XHIBIT L̲IST

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 1. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 2. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 3. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 4. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 5. | Syndicato de Nuevo Mexico Gang group photo | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 6. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 7. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 8. | Syndicato de Nuevo Mexico Gang group photo | | | | |
| 9. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 10. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 11. | Photo of Jody Rufino Martinez's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 12. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 13. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 14. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 15. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 16. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 17. | Photo of Jody Rufino Martinez's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 18. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 19. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 20. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 21. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 22. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 23. | Photo of Jody Rufino Martinez's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 24. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 25. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 26. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 27. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 28. | Photo of Jody Rufino Martinez's tattoos | | | | |
| 29. | Photo of Jody Rufino Martinez's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 30. | Photo of Rudy Salazar's tattoos | | | | |
| 31. | Photo of Rudy Salazar's tattoos | | | | |
| 32. | Photo of Rudy Salazar's tattoos | | | | |
| 33. | Photo of Rudy Salazar's tattoos | | | | |
| 34. | Photo of Rudy Salazar's tattoos | | | | |
| 35. | Photo of Rudy Salazar's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 36. | Photo of Rudy Salazar's tattoos | | | | |
| 37. | Photo of Rudy Salazar's tattoos | | | | |
| 38. | Photo of Jerome Cordova's tattoos | | | | |
| 39. | Photo of Jerome Cordova's tattoos | | | | |
| 40. | Photo of Jerome Cordova's tattoos | | | | |
| 41. | Photo of Jerome Cordova's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 42. | Photo of Jerome Cordova's tattoos | | | | |
| 43. | Photo of Jerome Cordova's tattoos | | | | |
| 44. | Photo of Jerome Cordova's tattoos | | | | |
| 45. | Photo of Jerome Cordova's tattoos | | | | |
| 46. | Photo of Jerome Cordova's tattoos | | | | |
| 47. | Photo of Jerome Cordova's tattoos | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 48. | Cherokee denim overalls located in the bed of the white 2001 Ford pickup truck | | | | |
| 49. | An extra-large red t-shirt with the logo U.S. Polo Assn. located in the bed of the white 2001 Ford pickup truck | | | | |
| 50. | A wood handled, brass capped folding blade knife located in the bed of the white 2001 Ford pickup truck | | | | |
| 51. | Two pieces of tissue paper with dark brown stains located on the driver's side floor behind the seat of the white 2001 Ford pickup truck | | | | |
| 52. | Sketch of the crime scene | | | | |
| 53. | Photo of the Santa Cruz river bridge where victim David Romero's body was discovered | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 54. | Photo of the Santa Cruz River bridge where victim David Romero's body was discovered | | | | |
| 55. | Photo of the Santa Cruz River where victim David Romero's body was discovered | | | | |
| 56. | Photo of the Santa Cruz river where victim David Romero's body was discovered | | | | |
| 57. | Photo of victim David Romero's body in the Santa Cruz river | | | | |
| 58. | Photo of victim David Romero's body in the Santa Cruz river | | | | |
| 59. | Photo of victim David Romero's body in the Santa Cruz river | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 60. | Photo of victim David Romero's body in the Santa Cruz river | | | | |
| 61. | Photo of a beer can located on the south side of the Santa Cruz bridge | | | | |
| 62. | Photo of beer cans and Gatorade bottle located on the south bank of the Santa Cruz river | | | | |
| 63. | Photo of the Gatorade bottle located on the south bank of the Santa Cruz river | | | | |
| 64. | Photo of the beer can located on the south bank of the Santa Cruz river | | | | |
| 65. | Photo of the beer can located on the south bank of the Santa Cruz river | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 66. | Photo of the beer can located on the south side of the Sant Cruz bridge | | | | |
| 67. | Photo of victim David Romero's body as found in the Santa Cruz river | | | | |
| 68. | Photo of victim David Romero's body as found in the Santa Cruz river | | | | |
| 69. | Photo of victim David Romero's body after being removed from the Santa Cruz river | | | | |
| 70. | Photo of the wound on victim David Romero's neck | | | | |
| 71. | Photo of the wound on victim David Romero's neck | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 72. | Photo of victim David Romero's body after being removed from the Santa Cruz river | | | | |
| 73. | Photo of victim David Romero's body after being removed from the Santa Cruz river | | | | |
| 74. | Photo of victim David Romero's body after being removed from the Santa Cruz river | | | | |
| 75. | Photo of the wound on victim David Romero's neck | | | | |
| 76. | Office of the Medical Investigator card for victim David Romero's autopsy | | | | |
| 77. | Office of the Medical Investigator diagrams from victim David Romero's autopsy | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 78. | Office of the Medical Investigator diagrams from victim David Romero's autopsy | | | | |
| 79. | Office of the Medical Investigator diagrams from victim David Romero's autopsy | | | | |
| 80. | Office of the Medical Investigator autopsy photo of victim David Romero | | | | |
| 81. | Office of the Medical Investigator autopsy photo of the wound on victim David Romero | | | | |
| 82. | Office of the Medical Investigator autopsy photo of the wound area on victim David Romero | | | | |
| 83. | Office of the Medical Investigator autopsy photo of victim David Romero | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 84. | Office of the Medical Investigator autopsy photo of victim David Romero | | | | |
| 85. | Office of the Medical Investigator autopsy photo of victim David Romero's wound | | | | |
| 86. | Office of the Medical Investigator autopsy photo of victim David Romero | | | | |
| 87. | Office of the Medical Investigator autopsy photo of victim David Romero | | | | |
| 88. | Office of the Medical Investigator autopsy photo of victim David Romero's left hand | | | | |
| 89. | Office of the Medical Investigator autopsy photo of victim David Romero's left hand | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 90. | Office of the Medical Investigator autopsy photo of victim David Romero's left hand | | | | |
| 91. | Office of the Medical Investigator autopsy photo of victim David Romero's left hand | | | | |
| 92. | Office of the Medical Investigator autopsy photo of victim David Romero's left hand | | | | |
| 93. | Office of the Medical Investigator autopsy photo of victim David Romero's legs | | | | |
| 94. | Office of the Medical Investigator autopsy photo of the wounds to David Romero's neck | | | | |
| 95. | Office of the Medical Investigator autopsy photo of the stab wound to David Romero's neck | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 96. | Office of the Medical Investigator autopsy photo of the wounds to David Romero's neck | | | | |
| 97. | Office of the Medical Investigator autopsy photo of the injuries to David Romero's left elbow | | | | |
| 98. | Office of the Medical Investigator autopsy photo of David Romero's face and stab wound | | | | |
| 99. | Office of the Medical Investigator autopsy photo of David Romero's upper body | | | | |
| 100. | Office of the Medical Investigator autopsy photo of injuries on David Romero's forehead | | | | |
| 101. | Office of the Medical Investigator autopsy photo of David Romero's upper body | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 102. | Office of the Medical Investigator autopsy photo of injuries on David Romero's left elbow | | | | |
| 103. | Office of the Medical Investigator autopsy photo of injuries on David Romero's back | | | | |
| 104. | Office of the Medical Investigator autopsy photo of injuries on David Romero's back | | | | |
| 105. | Photo of the rear window of the 2001 white Ford Ranger | | | | |
| 106. | Photo of the bed of the 2001 white Ford Ranger | | | | |
| 107. | Photo of the bed of the 2001 white Ford Ranger | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 108. | Photo of the 2001 white Ford Ranger | | | | |
| 109. | Photo of the rear window of the 2001 white Ford Ranger | | | | |
| 110. | Photo of the driver's side interior of the 2001 white Ford Ranger | | | | |
| 111. | Photo of the passenger side interior of the 2001 white Ford Ranger | | | | |
| 112. | Photo of the area behind the seats of the 2001 white Ford Ranger | | | | |
| 113. | Photo of Anchor Blue jeans with a reddish brown stain recovered from the 2001 white Ford Ranger | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 114. | Photo of Anchor Blue jeans with a reddish brown stain recovered from the 2001 white Ford Ranger | | | | |
| 115. | Photo of Cherokee denim overalls with a dark stain recovered from the 2001 white Ford Ranger | | | | |
| 116. | Photo of Cherokee denim overalls with a dark stain recovered from the 2001 white Ford Ranger | | | | |
| 117. | Photo of a red t-shirt with a stain recovered from the 2001 white Ford Ranger | | | | |
| 118. | Photo of a red t-shirt with a stain recovered from the 2001 white Ford Ranger | | | | |
| 119. | Photo of a red t-shirt with a stain recovered from the 2001 white Ford Ranger | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 120. | Photo of a wood handled brass capped folding knife recovered from the 2001 white Ford Ranger | | | | |
| 121. | Photo of two pieces of paper with dark brown stains recovered from the 2001 white Ford Ranger | | | | |
| 122. | Photo of the bed and tailgate of the 2001 white Ford Ranger luminesced | | | | |
| 123. | Photo of the bed and tailgate of the 2001 white Ford Ranger luminesced | | | | |
| 124. | Photo of the bed and tailgate of the 2001 white Ford Ranger luminesced | | | | |
| 125. | Photo of Jody Rufino Martinez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 126. | Photo of Jody Rufino Martinez | | | | |
| 127. | Photo of Jody Rufino Martinez | | | | |
| 128. | Photo of Jody Rufino Martinez | | | | |
| 129. | Photo of Jody Rufino Martinez | | | | |
| 130. | Photo of Jody Rufino Martinez | | | | |
| 131. | Photo of Jody Rufino Martinez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 132. | Photo of Rudy Salazar | | | | |
| 133. | Photo of Rudy Salazar | | | | |
| 134. | Photo of Rudy Salazar | | | | |
| 135. | Photo of Rudy Salazar | | | | |
| 136. | Photo of Rudy Salazar | | | | |
| 137. | Photo of Rudy Salazar | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 138. | Photo of Rudy Salazar | | | | |
| 139. | Photo of Jody Martinez's tattoos taken December 22, 1998 | | | | |
| 140. | Drawing with an "S" in the eyeball and SNM in small writing at the bottom of the eyeball | | | | |
| 141. | Paper containing contact information for suspected SNM members | | | | |
| 142. | Paper containing contact information of validated SNM members | | | | |
| 143. | Photo of items found on Jody Martinez's person during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 144. | Photo of a firearm recovered during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 145. | Closeup photo of a firearm recovered during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 146. | Closeup photo of items found on Jody Martinez's person during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 147. | Photo of victim Jenna Ortiz from an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 148. | Photo of victim Jenna Ortiz from an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 149. | Photo of a cellphone photo of Jenna Ortiz | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 150. | Photo of a cellphone photo of Jenna Ortiz | | | | |
| 151. | Photo of a cellphone photo of Jenna Ortiz | | | | |
| 152. | Photo of positive results from a Narcotics Identification Kit of the narcotics seized from Jody Martinez's person during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 153. | Photo of positive results from a Narcotics Identification Kit of the narcotics seized from Jody Martinez's person during an Aggravated Assault with a Deadly Weapon and Possession of a Destructive Device by a Felon that occurred on June 12, 2015 | | | | |
| 154. | Video of the assault on Officer Timothy Riggs by Jody Martinez on January 28, 2020 | | | | |
| 155. | Photo of the Espanola Hospital Emergency entrance and Donald Salazar's gold Ford Taurus | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 156. | Photo of Donald Salazar's gold Ford Taurus at Espanola Hospital Emergency entrance | | | | |
| 157. | Closeup photo of Donald Salazar's gold Ford Taurus at Espanola Hospital Emergency entrance | | | | |
| 158. | Photo of Donald Salazar's discarded clothes at Espanola Hospital Emergency entrance | | | | |
| 159. | Photo of the driver's side seat with blood stain of Donald Salazar's gold Ford Taurus | | | | |
| 160. | Closeup photo of the driver's side seat with blood stain of Donald Salazar's gold Ford Taurus | | | | |
| 161. | Photo of driver's side floorboard of Donald Salazar's gold Ford Taurus | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 162. | Photo of passenger seat of Donald Salazar's gold Ford Taurus | | | | |
| 163. | Photo of trunk of Donald Salazar's gold Ford Taurus | | | | |
| 164. | Photo of scapular on the ground near Donald Salazar's gold Ford Taurus | | | | |
| 165. | Closeup photo of scapular on the ground near Donald Salazar's gold Ford Taurus | | | | |
| 166. | Photo of Donald Salazar's bloody boot | | | | |
| 167. | Photo of Donald Salazar's bloody clothes and boots | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 168. | Closeup photo of Donald Salazar's bloody clothes and boots | | | | |
| 169. | Photo of Donald Salazar's bloody clothes and boots | | | | |
| 170. | Photo of hole in Donald Salazar's jeans from gunshot wound | | | | |
| 171. | Closeup photo of hole in Donald Salazar's jeans from gunshot wound | | | | |
| 172. | Espanola Hospital X-ray of Donald Salazar's gunshot wound | | | | |
| 173. | Espanola Hospital X-ray of Donald Salazar's gunshot wound | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 174. | Espanola Hospital patient information regarding the X-rays of Donald Salazar's gunshot wound | | | | |
| 175. | UNM Hospital X-ray of Donald Salazar's gunshot wound | | | | |
| 176. | UNM Hospital X-ray of Donald Salazar's gunshot wound | | | | |
| 177. | UNM Hospital X-ray of Donald Salazar's gunshot wound | | | | |
| 178. | Aerial photo of the Donald Salazar shooting incident location | | | | |
| 179. | Aerial photo of the Donald Salazar shooting incident location | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 180. | Aerial photo of the Donald Salazar shooting incident location | | | | |
| 181. | Jody Martinez's GPS locations on October 24, 2018 | | | | |
| 182. | Jody Martinez's GPS locations on October 24, 2018 | | | | |
| 183. | Jody Martinez's GPS locations on October 24, 2018 | | | | |
| 184. | Jody Martinez's GPS locations on October 24, 2018 | | | | |
| 185. | Photo of Joey Rodriguez's Facebook post | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 186. | Video of the interview of Jody Martinez on October 25, 2018 | | | | |
| 187. | Jail call between Jody Martinez and unidentified female on November 1, 2018 | | | | |
| 188. | Jail call between Jody Martinez and Santana Bustamante on November 21, 2018 | | | | |
| 189. | Santana Bustamante's Facebook Post | | | | |
| 190. | Photo of County Road 42, House #53, Alcalde, NM, Santana Bustamante and Jody Martinez's residence | | | | |
| 191. | Photo of a residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 192. | Photo of the Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 193. | Photo of driver's side of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 194. | Photo of driver's side door of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 195. | Photo of the bed of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 196. | Photo of the bed of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 197. | Photo of the rear of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 198. | Photo of the passenger side of Ford truck Jody Martinez was driving on October 24, 2018 in front of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 199. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 200. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 201. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 202. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 203. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 204. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 205. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 206. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 207. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 208. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 209. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 210. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 211. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 212. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 213. | Photo of interior of House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 214. | Photo of a bag containing ammunition recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 215. | Closeup photo of items in bag recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 216. | Photo of ammunition from the bag recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 217. | Photo of ammunition from the bag recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 218. | Photo of ammunition from the bag recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 219. | Photo of ammunition from the bag recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 220. | Photo of tire tread tracks | | | | |
| 221. | Photo of tire tread tracks | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 222. | Photo of tire tread tracks | | | | |
| 223. | Photo of tire tread tracks | | | | |
| 224. | Photo of tire tread tracks | | | | |
| 225. | Photo of tire tread tracks | | | | |
| 226. | Photo of tire tread tracks | | | | |
| 227. | Photo of tire tread tracks | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 228. | Photo of cellphone belonging to Santana Bustamante | | | | |
| 229. | Photo of cellphone belonging to Santana Bustamante | | | | |
| 230. | Photo of cellphone belonging to Santana Bustamante | | | | |
| 231. | Ammunition recovered from House #53, Alcalde, NM Santana Bustamante and Jody Martinez's residence | | | | |
| 232. | Photo of the rear of the Ford truck taken during the execution of the Search Warrant | | | | |
| 233. | Photo of the passenger side of the Ford truck taken during the execution of the Search Warrant | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 234. | Photo of the evidence tape on the Ford truck taken during the execution of the Search Warrant | | | | |
| 235. | Photo of the interior of the Ford truck taken during the execution of the Search Warrant | | | | |
| 236. | Photo of the interior of the Ford truck taken during the execution of the Search Warrant | | | | |
| 237. | Photo of the interior of the Ford truck taken during the execution of the Search Warrant | | | | |
| 238. | Photo of the interior of the Ford truck taken during the execution of the Search Warrant | | | | |
| 239. | Photo of the glove compartment of the Ford truck taken during the execution of the Search Warrant | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 240. | Photo of the back of the seat of the Ford truck taken during the execution of the Search Warrant | | | | |
| 241. | Photo of the back of the seat of the Ford truck taken during the execution of the Search Warrant | | | | |
| 242. | Photo of the bed of the Ford truck taken during the execution of the Search Warrant | | | | |
| 243. | Photo of the bed of the Ford truck taken during the execution of the Search Warrant | | | | |
| 244. | Photo of the residence located at 1C Lopez Arroyo, Cuarteles, NM | | | | |
| 245. | Photo of the residence located at 1C Lopez Arroyo, Cuarteles, NM | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 246. | Photo of Joey Rodriguez's DVR | | | | |
| 247. | Photo of newspaper article located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 248. | Photo of document located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 249. | Photo of document located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 250. | Photo of letter located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 251. | Photo of envelope located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 252. | Photo of drawing located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 253. | Photo of letter located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 254. | Photo of envelope located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 255. | Photo of envelope located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 256. | Photo of ammunition located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 257. | Photo of ammunition located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 258. | Photo of document located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 259. | Photo of Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |
| 260. | Photo of the interior of Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |
| 261. | Photo of firearm located on seat of Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |
| 262. | Photo of Jody Martinez located at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 263. | Photo of ammunition recovered from Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 264. | Photo of ammunition recovered from Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |
| 265. | Photo of ammunition recovered from Santana Bustamante's vehicle parked at 1106 N. Riverside #41, Espanola, NM | | | | |
| 266. | Letters dated June 25, 2019 and June 26, 2019 from Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 267. | Letter dated June 29, 2019 from Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 268. | Letter dated June 30, 2019 from Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 269. | Returned mail from Santa Fe County Adult Correctional Facility containing a rejection letter, news article of the assault on Donald Salazar and a letter written by Santana Bustamante recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 270. | Letter dated August 31, 2019 from Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 271. | Letters dated October 13, 2019 and October 20, 2019 from Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 272. | Card to Santana Bustamante recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 273. | Security Threat Investigation Unit file for Jody Martinez recovered during the execution of a Search Warrant at 1106 N. Riverside #41, Espanola, NM Santana Bustamante's residence | | | | |
| 274. | Photo of a pill recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 275. | Photo of drugs recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 276. | Photo of drawing on Jody Rufino's cell wall | | | | |
| 277. | Photo of documents outside of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 278. | Photo of drawing on Jody Rufino's cell wall | | | | |
| 279. | Photo of writing on Jody Rufino's cell wall | | | | |
| 280. | Photo of pictures on Jody Rufino's cell wall | | | | |
| 281. | Photo of pictures on Jody Rufino's cell wall | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 282. | Photo of document recovered from Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 283. | Photo of document recovered from Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 284. | Photo of a pills and drugs recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 285. | Photo of a drugs recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 286. | Photo of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 287. | Letter dated August 12, 2019 from Santana Bustamante to Jody Martinez recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 288. | Letter dated September 19, 2019 and various letters dated September 2019 from Santana Bustamante to Jody Martinez recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 289. | Letter dated October 4, 2019 from Santana Bustamante to Jody Martinez recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 290. | Poem recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 291. | Assorted photographs recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 292. | Two "Panos" and a drawing recovered during the search of Jody Martinez's cell at Santa Fe County Adult Correctional Facility in 2019 | | | | |
| 293. | Photo of Jody Martinez's GPS movement in 2019 showing he violated his terms of release by leaving his residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 294. | Photo of Jody Martinez's GPS movement in 2019 showing he violated his terms of release by leaving his residence | | | | |
| 295. | Photo of Jody Martinez's GPS movement in 2019 showing he violated his terms of release by leaving his residence | | | | |
| 296. | Photo of the interior of Jerome Cordova's residence | | | | |
| 297. | Photo of the interior of Jerome Cordova's residence | | | | |
| 298. | Photo of the interior of Jerome Cordova's residence | | | | |
| 299. | Photo of the interior of Jerome Cordova's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 300. | Photo of the interior of Jerome Cordova's residence | | | | |
| 301. | Photo of the interior of Jerome Cordova's residence | | | | |
| 302. | Photo of the interior of Jerome Cordova's residence | | | | |
| 303. | Photo of the interior of Jerome Cordova's residence | | | | |
| 304. | Photo of the interior of Jerome Cordova's residence | | | | |
| 305. | Photo of the interior of Jerome Cordova's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 306. | Photo of the interior of Jerome Cordova's residence | | | | |
| 307. | Photo of the interior of Jerome Cordova's residence | | | | |
| 308. | Photo of the interior of Jerome Cordova's residence | | | | |
| 309. | Photo of the interior of Jerome Cordova's residence | | | | |
| 310. | Photo of the outside of Jerome Cordova's residence | | | | |
| 311. | Photo of the outside of Jerome Cordova's residence | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 312. | Photo of the outside of Jerome Cordova's residence | | | | |
| 313. | Aerial image of the Penitentiary of New Mexico | | | | |
| 314. | Aerial image of Southern New Mexico Correctional Facility | | | | |
| 315. | Photo of Javier Alonso | | | | |
| 316. | Photo of Javier Alonso | | | | |
| 317. | Kastigar letter for Javier Alonso | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 318. | Plea Agreement for Javier Alonso | | | | |
| 319. | Addendum to Plea Agreement for Javier Alonso | | | | |
| 320. | Penitentiary Packet for Javier Alonso | | | | |
| 321. | Offender Location History for Javier Alonso | | | | |
| 322. | Photo of Daniel Archuleta | | | | |
| 323. | Plea Agreement of Daniel Archuleta | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 324. | Penitentiary Packet for Daniel Archuleta | | | | |
| 325. | Offender Location History for Daniel Archuleta | | | | |
| 326. | Photo of Jake Armijo | | | | |
| 327. | Kastigar letter for Jake Armijo | | | | |
| 328. | Plea Agreement of Jake Armijo | | | | |
| 329. | Addendum to Plea Agreement for Jake Armijo | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 330. | Penitentiary Packet for Jake Armijo | | | | |
| 331. | Offender Location History for Jake Armijo | | | | |
| 332. | Photo of Billy Cordova | | | | |
| 333. | Kastigar letter for Billy Cordova | | | | |
| 334. | Penitentiary Packet for Billy Cordova | | | | |
| 335. | Offender Location History for Billy Cordova | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 336. | Photo of Tony Gauna | | | | |
| 337. | Kastigar letter for Tony Gauna | | | | |
| 338. | Penitentiary Packet for Tony Gauna | | | | |
| 339. | Offender Location History for Tony Gauna | | | | |
| 340. | Photo of Matthew Martinez | | | | |
| 341. | Penitentiary Packet for Matthew Martinez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 342. | Offender Location History for Matthew Martinez | | | | |
| 343. | Photo of Roy Martinez | | | | |
| 344. | Photo of Roy Martinez | | | | |
| 345. | Kastigar letter for Roy Martinez | | | | |
| 346. | Plea Agreement for Roy Martinez | | | | |
| 347. | Addendum to Plea Agreement for Roy Martinez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 348. | Penitentiary Packet for Roy Martinez | | | | |
| 349. | Offender Location History for Roy Martinez | | | | |
| 350. | Photo of Jerry Montoya | | | | |
| 351. | Photo of Jerry Montoya | | | | |
| 352. | Photo of Jerry Montoya | | | | |
| 353. | Kastigar letter for Jerry Montoya | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 354. | Plea Agreement for Jerry Montoya | | | | |
| 355. | Addendum to Plea Agreement for Jerry Montoya | | | | |
| 356. | Penitentiary Packet for Jerry Montoya | | | | |
| 357. | Offender Location History for Jerry Montoya | | | | |
| 358. | Photo of Paul Rivera | | | | |
| 359. | Kastigar letter for Paul Rivera | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 360. | Plea Agreement for Paul Rivera | | | | |
| 361. | Addendum to Plea Agreement for Paul Rivera | | | | |
| 362. | Penitentiary Packet for Paul Rivera | | | | |
| 363. | Offender Location History for Paul Rivera | | | | |
| 364. | Photo of Mario Rodriguez | | | | |
| 365. | Kastigar letter for Mario Rodriguez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 366. | Plea Agreement for Mario Rodriguez | | | | |
| 367. | Addendum to Plea Agreement for Mario Rodriguez | | | | |
| 368. | Penitentiary Packet for Mario Rodriguez | | | | |
| 369. | Offender Location History for Mario Rodriguez | | | | |
| 370. | Kastigar letter for Rudy Salazar | | | | |
| 371. | Plea Agreement for Rudy Salazar | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 372. | Addendum to Plea Agreement for Rudy Salazar | | | | |
| 373. | Penitentiary Packet for Rudy Salazar | | | | |
| 374. | Offender Location History for Rudy Salazar | | | | |
| 375. | Handwritten letter by Roy Martinez, a.k.a. "Shadow" to Arthur Chavez, a.k.a. "Lonely" | | | | |
| 376. | Photo of V.G. tattoo | | | | |
| 377. | Photo of David Romero | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 378. | Handwritten note from David Romero to Gerald and Lori | | | | |
| 379. | Photo of Jose Lovato | | | | |
| 380. | Handwritten note by Jose Lovato | | | | |
| 381. | Photo of Donald Salazar | | | | |
| 382. | Photo of Jeremiah Martinez | | | | |
| 383. | Undercover audio recording of conversation between Daniel Archuleta and Jody Martinez 11-8-19.1017.002 | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 384. | Undercover audio recording of conversation between Daniel Archuleta and Jody Martinez 11-9-19.1017.001 | | | | |
| 385. | Undercover audio recording of conversation between Daniel Archuleta and Jody Martinez 11-10-19.1017.003 | | | | |
| 386. | Jail call between Jody Martinez and Santana Bustamante on November 19, 2018 | | | | |
| 387. | Offender Location History for Jody Martinez | | | | |
| 388. | Penitentiary Pack for Jody Martinez | | | | |
| 389. | New Mexico Corrections Department Probation and Parole file for Jody Martinez | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 390. | Judgement and Sentence for Jody Rufino Martinez, RA 96-590 (CR) | | | | |
| 391. | Judgement and Sentence for Jody Rufino Martinez, CR2000-19G | | | | |
| 392. | Judgement and Sentence for Jody Rufino Martinez, D-0117-CR-00-00805 | | | | |
| 393. | Amended Judgement and Sentence for Jody Rufino Martinez, D-0101-CR-2008-00356 | | | | |
| 394. | Judgement and Sentence for Jody Rufino Martinez, D-0101-CR-2008-00356 | | | | |
| 395. | Plea Agreement for Jody Rufino Martinez, D-0101-CR-2008-00356 | | | | |

| Exh. No. | Description Of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| 396. | Judgement and Sentence for Jody Rufino Martinez, D-0101-CR-2010-00296 | | | | |
| 397. | Judgement and Sentence for Jody Rufino Martinez, D-0101-CR-201500491 | | | | |
| 398. | Amended Judgement and Sentence for Jody Rufino Martinez, D-0101-CR-201500491 | | | | |
| 399. | Photo of Matthew Martinez | | | | |
| 400. | Photo of Matthew Martinez | | | | |