1 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

criminal No. 1:19-cr-03725-JB-1

Jody Rufino Martinez,

v.

United States of America; et al.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 18 2025

MITCHELL R. ELFERS
CLERK

Motion for Appointment of counsel.
As to 2255 Motion.

Now comes.

Jody Rufino Martinez, by and through Jailhouse lawyer (next Friend), namely Mustafa Beezy Bey.
Mr. Martinez files his motion for Appointment of counsel in the above cause pursuant to the interests of Justice requirement, under 18 U.S.C. 7 3006A, or any other statue that may be applicable.
In-support of this motion Martinez States:

1. On or about December 2, 2021, Martinez was convicted of (1). 18 U.S.C. Sec. 1959(a)(1) violent crimes in Aid of Racketeering (Murder), (2). 18 U.S.C. Sec. 1962(d), 18 U.S.C. Sec. 1963(a) Racketeering conspiracy, and (3). 18 U.S.C. sec. 922(g)(1) and 924 Felon in Possession of a Firearm and Ammunition; And was sentenced to a term of life imprisonment.

2. On or about August 22, 2022, Mr. Martinez,

by and through counsel, namely Nicholas T. Hart, filed his opening brief on appeal where he challenged his criminal conviction.

3. On February 16, 2024, Mr. Martinez appeal was affirmed and relief was denied.

4. After Martinez's appeal was denied the tenth circuit issued it's mandate on the 11th day of March, 2024; Therefore confirming the tenth circuit's decision in denying the appeal.

5. In this instance we bring to the court's attention of appellate counsel's failure to file a writ of certiorari to the SCOTUS; Although Martinez did not have a constitutional right to counsel while seeking certiorari, Ross v. Moffit, 417 U.S. 600, 617, 94 S.Ct. 2437; we contest that he does have a statutory right based on the Criminal Justice Act, 18 U.S.C. § 3006A.

6. In United States v. Price, 491 F.3d 613 (7th Cir. 2007), Just like in Martinez, appellate counsel failed to file a writ of certiorari to the SCOTUS after the affirmation of the direct appeal, which Price argued was ineffective in his 2255 motion. The court in Price stayed further consideration of the 2255 motion to

allow him to ask the 7th Circuit to recall it's mandate in the direct criminal appeal and to appoint counsel to file a petition for a writ of certiorari; Therefore acknowledging that Price's attorney had been ineffective by failing to file a writ of certiorari, which is exactly what has happend in Martinez.

7. Martinez has made a substantial and valid showing that his appellate counsel was ineffective where he failed to file a writ of certiorari to the SCOTUS; Therefore violating the laws of the united states, namely the criminal Justice Act, 18 U.S.C. 13006A; which is the particular threshold for being provided counsel in a 2255 proceeding.

8. Another reason why Martinez should be appointed counsel is the very fact that on February 2, 2020, the criminal case was declared to be complex, and it's clear that Martinez lacks intelligence and training required for complexity of legal issues. citing U.S. v. Barnes, 662 F.2d 777, 780 (D.C. Cir. 1980).

9. With this backdrop: Martinez request that the court attempt to locate counsel for him, appointing him counsel to represent him in the matter of his 2255 motion, under 18 U.S.C. § 3006A where the interest of Justice so requires, or any other statue

that may be applicable.

10. In addition, in the event that this court stays further consideration of Martinez's 2255 motion, grants him counsel, and allows him to ask the 10th circuit to recall it's mandate; IF the mandate is recalled we ask that Martinez's Bail be re-enstated and that he be released from the custody of the FBOP.

11. This request is made in good faith, and in the interest of Justice.

Wherefore, Martinez respectfully requests that the court Grant his motion for Appointment of counsel in this matter.

I affirm/declare under penalty of perjury that the foregoing is true and correct to the best of my current information, Knowledge, and belief. Per 28 U.S.C. § 1746 (1).

<u>Mustafa Beezy Bey</u>
<u>Next Friend.</u>

Date: 2/8/25
Signature: Rufino Martinez
Printed Name: J. Rufino MARTINEZ
Reg #: 07484-151
Address: U.S.P Victorville
P.O. Box 3900
Adelanto CA. 92301

Case 1:19-cr-03725-JB    Document 348    Filed 02/18/25    Page 5 of 5

Jody Rufino Martinez
        #07484-151
USP-Victorville
P.O. box 3900
Adelanto, CA 92301

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 8 2025

MITCHELL R. ELFERS
CLERK

SN BERNARDINO CA  92
13 FEB 2025  PM 6

clerk of court
U.S. District court
333 Lomas N.W., Ste. 270
Albuquerque, NM
        87102

Legal Mail!